BRYAN T. DAKE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: Bryan.Dake@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

MAY 17 2018

Clerk, U.S. Courts
District Of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CODY KENT ELKSHOULDER, Defendant. | CR 18-62-BLG-DLC <br><br> INDICTMENT <br><br> SEXUAL ABUSE OF A MINOR (Count I) <br> Title 18 U.S.C. §§ 1153(a) and 2243(a) <br> (Penalty: Fifteen years imprisonment, $250,000 fine, and not less than five years to lifetime supervised release) <br><br> ABUSIVE SEXUAL CONTACT (Count II) <br> Title 18 U.S.C. §§ 1153(a) and 2244(a)(3) <br> (Penalty: Two years imprisonment, $250,000 fine, and not less than five years to life supervised release) |
|---|---|

THE GRAND JURY CHARGES:

1

## COUNT I

That in or about January 2017, near Lame Deer and in Rosebud County, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the defendant, CODY KENT ELKSHOULDER, an Indian person, knowingly engaged in a sexual act with M.L., when M.L. had attained the age of 12 years but not the age of 16 years, and the defendant was more than four years older than M.L., in violation of 18 U.S.C. §§ 1153(a) and 2243(a).

## COUNT II

That in or about January 2017, near Lame Deer in Rosebud County, in the State and District of Montana, and within the exterior boundaries of the Northern Cheyenne Indian Reservation, being Indian Country, the defendant, CODY KENT ELKSHOULDER, an Indian person, knowingly engaged in sexual contact with M.L., when M.L. had attained the age of 12 years but not the age of 16 years, and the defendant was more than four years older than M.L., in violation of 18 U.S.C. §§ 1153(a) and 2244(a)(3).

//

//

//

//

//

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓ _____

Warrant: _____

Bail: _____

6/7/18 @ 9:00am before TJC

3